IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD UNDERWOOD
FULLARD,

      Plaintiff,

v.

DETECTIVE B.K. WITCHER,

      Defendant.

1:26CV141

**ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The plaintiff, Reginald Underwood Fullard, is a prisoner of the State of North Carolina. He has had three or more prior cases dismissed for being frivolous, malicious, or for failing to state a claim for relief. Fullard can therefore no longer proceed *in forma pauperis*, but must pay the filing fee unless he can demonstrate imminent danger of serious physical injury.

As a result of this prohibition, the Court dismissed Fullard's earlier case, 1:25CV945. Fullard then submitted a motion seeking appointment of counsel. Fullard cannot seek counsel in his closed case. Nevertheless, Fullard's filing of the motion for counsel indicates that he still seeks to proceed with his claims from that case. The Court therefore docketed the motion as the complaint of the instant case.

However, the form of the complaint is such that serious flaws make it impossible to further process the complaint. The problems are:

1. Fullard still includes no allegations that he is in imminent danger of serious physical injury and he did not pay the filing fee as previously instructed.

2. The complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the complaint pursuant to 28 U.S.C. § 1915A contained in Fullard's submission. *See* LR 7.1(d).

Consequently, Fullard's request for counsel will be denied and the complaint should be dismissed, but without prejudice to Fullard filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present complaint. To further aid Fullard, the Clerk is instructed to send Fullard new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). Fullard should only use the *in forma pauperis* application if he can show imminent danger of serious physical injury. Otherwise, he must pay the $405 filing fee as he was already informed.

**IT IS THEREFORE ORDERED** that Fullard's request for counsel is denied and that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Fullard § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

**IT IS RECOMMENDED** that this action be dismissed *sua sponte* without prejudice to Fullard filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 20th day of March, 2026.

JoAnna Gibson McFadden
United States Magistrate Judge

3