IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD UNDERWOOD FULLARD,          )
                                     )
            Petitioner,              )
                                     )
      v.                             )          1:26cv141
                                     )
DETECTIVE B.K. WITCHER,              )
                                     )
            Respondent.              )

## ORDER

On March 20, 2026, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 4.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed sua sponte without prejudice to Fullard filing a new complaint, on the proper § 1983 forms.

                              /s/   Thomas D. Schroeder
                              United States District Judge

April 10, 2026